# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

June 8, 2023

**VIA ECF**
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States* **v.** *Stephan Dorminvil (22-CR-87 JMA)*

Dear Judge Azrack,

    I represent Stephan Dorminvil in the above indictment, and I have been informed that due to his continued progress in the SOS Program Mr. Dorminvil is eligible to have his ankle monitor removed. Therefore, I respectfully request that the Court modify the conditions of Mr. Dominvil's release by allowing for the removal of the ankle monitor.

    The instant request is made with the gracious consent of pretrial services, Senior Officer Amina Adossa-Ali, and the government, AUSA Michael Gibaldi.

    Thank you.

                                                   Sincerely,
                                                   /s/
                                                   Christopher Wright

Cc:    Pretrial Services Senior Officer Amina Adossa-Ali
         AUSA Michael Gibaldi